

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00644-CV

**IN RE Vielka ARMAND**

Original Mandamus Proceeding[1]

**ORDER**

On September 19, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied.

It is so **ORDERED** on October 16, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2018CI01895, styled *Vielka Armand v. Legal Eats, LLC; et al.*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Karen Pozza signed the order at issue in this proceeding.